UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# FILED

JAN 10 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| Mr. KURT BENSHOOF, individually and on behalf of minor A.R.W., <br><br>           Plaintiff - Appellant, <br><br>  v. <br><br> MARSHALL FERGUSON, King County Superior Court Judge; et al., <br><br>           Defendants - Appellees. | No. 24-7298 <br><br> D.C. No. 2:24-cv-00808-JHC <br><br> Western District of Washington, Seattle <br><br> MANDATE |

The judgment of this Court, entered December 19, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT